Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
ALYCE M. CANNONIER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYCE M. CANNONIER,<br><br>　　　　Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security.<br><br>　　　　Defendant. | Case No.: 2:13-cv-02382-KJN<br><br>[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE |

　　　　Based upon the stipulation of the parties, and for cause shown,

　　　　IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include June 19, 2014, in which to file Plaintiff's Motion for Summary Judgment and/or Remand; and that all other deadlines set forth in the December

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1  12, 2013 Case Management Order shall be extended accordingly.  IT IS SO
2  ORDERED.
3  Dated:  May 29, 2014

4  _____
   KENDALL J. NEWMAN
5  UNITED STATES MAGISTRATE JUDGE

6

7  Respectfully submitted,
8  LAW OFFICES OF Lawrence D. Rohlfing
9
10      /s/ Cyrus Safa
11  BY: _____
         Cyrus Safa
12       Attorney for plaintiff

-2-